**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8128**

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

        v.

KIMPEST GERARD BROWN, a/k/a Akeem Brown, a/k/a Sam Green,
a/k/a Kevin Brown,

                  Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:01-cr-00169-LMB-1)

Submitted:  March 16, 2010          Decided:   March 23, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimpest Gerard Brown, Appellant Pro Se.   Kimberly Riley
Pedersen, Assistant United States Attorney, Alexandria,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimpest Gerard Brown appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 1:01-cr-00169-LMB-1 (E.D. Va. Nov. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED